IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, <br>     Plaintiff, <br><br> v. <br><br> ROBERTO ARROYO-GARCIA, <br>     Defendant. | : <br> : <br> :   CRIMINAL ACTION NO. <br> :   1:12-CR-0357-WBH <br> : <br> : <br> : |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation, [Doc. 35], (R&R) in which the Magistrate Judge recommends that Defendant's motions to suppress be granted in part and denied in part. Defendant has filed his objections, [Doc. 37], and this Court, having performed a *de novo* review of those portions of the R&R to which objection was made, concludes that the R&R is correct as to findings of fact and conclusions of law.

Briefly addressing Defendant's objections, this Court notes the following: (1) whether Defendant committed a traffic violation prior to his arrest is not relevant to whether Petitioner's post-arrest statements are admissible because the Government concedes that Defendant was subject to an unlawful arrest; (2) this Court is bound by Eleventh Circuit precedent that "identity-related evidence is not suppressible when offered in a criminal prosecution only to prove who the defendant is," United States v. Vasquez–Garcia, 344 F. Appx. 591, 592 (11th Cir. 2009) (citing United States v.

AO 72A
(Rev.8/82)

Farias–Gonzalez, 556 F.3d 1181, 1182, 1189 (11th Cir. 2009), regardless of whether the Supreme Court has weighed in on the matter; and (3) this Court is convinced that the Magistrate Judge is correct in concluding that Defendant's post-Miranda statements are admissible because the evidence supports the Magistrate Judge's finding that Defendant's statements were both knowing and voluntary.

As noted, this Court concludes that the R&R is correct as to findings of fact and conclusions of law. Accordingly, the R&R, [Doc. 35], is **ADOPTED** as the order of this Court, Defendant's objections are **OVERRULED**, and Defendant's motions to suppress, [Docs. 14, 15], are **GRANTED IN PART AND DENIED IN PART** as discussed in the R&R.

**IT IS SO ORDERED**, this 31st day of March, 2014.

WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)